CONSOLIDATED PACKAGING CORPORATION, Plaintiff-Appellant, *v.* THE FAIR EMPLOYMENT PRACTICES COMMISSION *et al.*, Defendants-Appellees.

(No. 60896;

First District (3rd Division)—August 21, 1975.

Opinion by Mr. PRESIDING JUSTICE McGLOON.

Antonow & Fink, of Chicago (Harold A. Sanford, Jr., of counsel), for appellant.

William J. Scott, Attorney General, of Chicago (Jim E. Lavine, Assistant Attorney General, of counsel), for appellees.